# United States District Court for the Northern District of Illinois

Case Number: 08cv6     Assigned/Issued By: j. n.

Judge Name: MANNING     Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2431237

Date Payment Rec'd: 1-2-08     Fiscal Clerk: J. N.

## ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

1  Original and  0  copies on  1-2-08  as to  DEFENDANT
                                (Date)