AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

GERALD E. LAMPKIN

V.

LOYOLA UNIVERSITY MEDICAL CENTER
HEALTH SYSTEM

CASE NUMBER: 08 C 6

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: JUDGE MANNING
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

LOYOLA UNIVERSITY MEDICAL CENTER HEALTH SYSTEM
2160 South First Avenue
Maywood, Illinois 60153

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Armand L. Andry & Associates
One South Dearborn, Suite 2100
Chicago, Illinois 60603
773/626-3058

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE: 01/09/2008 |
| NAME OF SERVER (PRINT): RAYMOND RILEY | TITLE: PARALEGAL |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2160 S. First Avenue, Maywood, IL, on Ms. Koppel, W/F/@ 40 YOA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/09/2008      x Raymond Riley
                Date              Signature of Server

One S. Dearborn, Suite 2100
Chgo, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure