## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Gerald E. Lampkin, Plaintiff

v.

Loyola University Medical Center, Defendant.

Case Number: 08 C 0006

Judge Blanche M. Manning
Magistrate Judge Martin C. Ashman

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LOYOLA UNIVERSITY MEDICAL CENTER

| | |
|---|---|
| **NAME (Type or print)** | |
| Rachel S. Urquhart | |
| **SIGNATURE** | |
| /s/Rachel S. Urquhart | |
| **FIRM** | |
| Meckler Bulger & Tilson LLP | |
| **STREET ADDRESS** | |
| 123 N. Wacker Drive, Suite 1800 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6287929 | **TELEPHONE NUMBER** (312) 474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |