**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TA-JUANA ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06C 5129 |
| v. ) | |
| ) | Judge Manning |
| LA RABIDA CHILDREN'S HOSPITAL, ) | |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

**AGREED MOTION TO SET PROPOSED BRIEFING SCHEDULE FOR RENEWED**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, La Rabida Children's Hospital ("La Rabida"), pursuant to this Court's Minute

Entry of January 11, 2008, and after reaching agreement with counsel for Plaintiff Ta-Juana

Arrington, moves this Honorable Court to approve the following proposed briefing schedule:

1. Defendant's Answer to Plaintiff's Corrected Amended Complaint will be filed with the

Court on or before February 5, 2008.

2. Defendants' Revised Motion for Summary Judgment and Brief in Support will be **served**

**upon Plaintiff** on February 11, 2008.

3. Plaintiff's Response to Defendants' Revised Motion for Summary Judgment will be

**served upon Defendant** on March 3, 2008.

4. Defendant's Revised Motion for Summary Judgment, Brief in Support and Reply Brief,

and Plaintiff's Response Brief will be **filed with the Court** on March 21, 2008, and each party

will provide the Court with 1 additional courtesy copy.

WHEREFORE, La Rabida respectfully requests that an order be entered setting the

requested briefing schedule.

Respectfully submitted,

LA RABIDA CHILDREN'S HOSPITAL

By:   s/*Rachel S. Urquhart*
        One of its attorneys

Date:  January 18, 2008

J. Stuart Garbutt
Rachel S. Urquhart
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois  60606
Tel:    312/474-7900
Fax:    312/474-7898

M:\11446\pleading\mot.extend.reply.doc

## CERTIFICATE OF SERVICE

I, Rachel S. Urquhart, an attorney, hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following, **and further** caused a copy to be served upon the following counsel of record:

Gerard C. Smetana                    David G. Duggan
Law Offices of Gerard C. Smetana     Law Offices of David G. Duggan
Suite 1218                           Suite 1610
39 S. LaSalle Street                 140 S. Dearborn Street
Chicago, IL 60603                    Chicago, IL 60603

by facsimile on this 18th day of January, 2008.

_____
    s/*Rachel S. Urquhart*
    Rachel S. Urquhart