IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD E. LAMPKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 00006 |
| | ) | |
| LOYOLA UNIVERSITY MEDICAL CENTER, | ) | Judge Blanche M. Manning |
| | ) | Magistrate Judge Martin C. Ashman |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME, THROUGH
AND INCLUDING FEBRUARY 18, 2008, TO ANSWER OR OTHERWISE MOVE**

Defendant Loyola University Medical Center, by its attorneys, Meckler Bulger & Tilson LLP ("Defendant") hereby moves this Court for an extension of time, through and including February 18, 2008, to answer or otherwise move. In support of its motion, Defendant states as follows:

1. Plaintiff Gerald E. Lampkin ("Plaintiff") served Defendant with a four-count Complaint, alleging race discrimination and retaliation in violation of Title VI of the Civil Rights Act of 1964 and 42 U.S.C. §1981, and defamation. Pursuant to the Federal Rules of Civil Procedure, Defendant's Answer is currently due on January 28, 2008.

2. To allow time for Defendant's initial investigation, Defendant requests an extension until February 18, 2008 to file its Answer or to otherwise plead.

4. On January 16, 2008, Rachel S. Urquhart, counsel for Defendant, left a message with Armand L. Andry, counsel for Plaintiff, about the proposed extension. Mr. Andry responded with a voicemail message stating that he had no objection to the requested extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant its Unopposed Motion for an Extension of Time, Through and Including February 18, 2008, to Answer or Otherwise Move.

Respectfully submitted,

LOYOLA UNIVERSITY MEDICAL CENTER

By:     /s/*Rachel S. Urquhart*
        One of its Attorneys

Brian W. Bulger
Brent J. Graber
Rachel S. Urquhart
Meckler Bulger & Tilson LLP
Suite 1800
123 N. Wacker Drive
Chicago, IL 60606
Tel.: (312) 474-7900
Fax: (312) 474-7898
E-Mail:   brian.bulger@mbtlaw.com
          brent.graber@mbtlaw.com
          rachel.urquhart@mbtlaw.com

N:\shared\UrquhartR\LAMPKIN\mot ext.doc

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to: Armand L. Andry at armandandry@hotmail.com.

                                                                     *s/Rachel S. Urquhart*
                                                                     Rachel S. Urquhart