IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD E. LAMPKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 00006 |
| | ) | |
| LOYOLA UNIVERSITY MEDICAL CENTER, | ) | Judge Blanche M. Manning |
| | ) | Magistrate Judge Martin C. Ashman |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Armand l. Andry
     Suite 2100
     One South Dearborn Street
     Chicago, IL 60603

On Thursday, January 24, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any judge sitting in her stead, in Courtroom 2125, 219 South Dearborn, Chicago, Illinois, and present the attached Defendant's **Unopposed Motion For An Extension Of Time, Through And Including February 18, 2008, To Answer Or Otherwise Move**.

Respectfully submitted,

LOYOLA UNIVERSITY MEDICAL CENTER


By:  s/Rachel S. Urquhart
     One of its attorneys

Brian W. Bulger
Brent J. Graber
Rachel S. Urquhart
Meckler Bulger & Tilson LLP
Suite 1800
123 N. Wacker Drive
Chicago, IL 60606
Tel.: (312) 474-7900
Fax: (312) 474-7898

E-Mail:   brian.bulger@mbtlaw.com
          brent.graber@mbtlaw.com
          rachel.urquhart@mbtlaw.com

M:\10621\pleading\NOM.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to: Armand L. Andry at armandandry@hotmail.com.

_____
s/*Rachel S. Urquhart*
Rachel S. Urquhart