UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gerald E. Lampkin
                           Plaintiff,

v.                                                        Case No.: 1:08−cv−00006
                                                          Honorable Blanche M. Manning

Loyola University Medical Center
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge Blanche M. Manning : Defendant's unopposed motion for extension of time to 2/18/2008 to answer or otherwise plead[10] is granted. Status hearing set for 2/21/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.