## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Gerald E. Lampkin
                                        Plaintiff,

v.                                                              Case No.: 1:08−cv−00006
                                                                     Honorable Blanche M. Manning

Loyola University Medical Center
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Blanche M. Manning :Status hearing held on 2/21/2008.Status hearing set for 3/18/2008 at 11:00 AM. Parties to conduct rule 26(f) conference before the next hearing. Parties are to present a joint status report with a proposed discovery schedule at the next hearing.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.