## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gerald E. Lampkin

                  Plaintiff,

v.                                              Case No.: 1:08−cv−00006
                                                  Honorable Blanche M. Manning

Loyola University Medical Center

                  Defendant.


### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Martin C. Ashman for the purpose of holding proceedings related to: discovery motion(s); discovery supervision; settlement conference.(tlp, )Mailed notice.


Dated: February 21, 2008

                                                                         /s/ Blanche M. Manning

                                                                       United States District Judge