UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gerald E. Lampkin
                         Plaintiff,

v.                                                    Case No.: 1:08−cv−00006
                                                        Honorable Blanche M. Manning

Loyola University Medical Center
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Martin C. Ashman :Magistrate Judge Status hearing held on 3/13/2008; and continued to 6/5/2008 at 10:00 AM. Exchange of initial disclosures by 4/15/2008. Plaintiff is given to and including 4/15/2008 to amend all pleadings, and to 4/15/2008 to add any additional parties. Defendant is given to and including 5/15/2008 to amend all pleadings, and to 5/15/2008 to add any additional parties.Discovery ordered closed by 9/30/2008.Dispositive motions due by 12/9/2008. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.