IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD E. LAMPKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 00006 |
| ) | |
| LOYOLA UNIVERSITY MEDICAL CENTER, ) | Judge Blanche M. Manning |
| ) | Magistrate Judge Martin C. Ashman |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   Armand l. Andry
      Suite 2100
      One South Dearborn Street
      Chicago, IL 60603

On Tuesday, July 15, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Martin C. Ashman, or any judge sitting in his stead, in Courtroom 1386, 219 South Dearborn, Chicago, Illinois, and present the attached Defendant's **Motion to Compel Compliance With Discovery**.

                                Respectfully submitted,

                                LOYOLA UNIVERSITY MEDICAL CENTER


                                By:   s/Rachel S. Urquhart
                                      One of its attorneys

Brian W. Bulger
Brent J. Graber
Rachel S. Urquhart
Meckler Bulger & Tilson LLP
Suite 1800
123 N. Wacker Drive
Chicago, IL 60606
Tel.: (312) 474-7900
Fax: (312) 474-7898
E-Mail:   brian.bulger@mbtlaw.com
          brent.graber@mbtlaw.com
          rachel.urquhart@mbtlaw.com

M:\12486\pleading\NOM-Ashman.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to: Armand L. Andry at armandandry@hotmail.com.

                                                *s/Rachel S. Urquhart*
                                                Rachel S. Urquhart