UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gerald E. Lampkin

          Plaintiff,

v.                  Case No.: 1:08−cv−00006
                   Honorable Blanche M. Manning

Loyola University Medical Center

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

   MINUTE entry before the Honorable Martin C. Ashman: Defendant's motion to compel compliance with discovery [24] is granted. Motion hearing held on 7/15/2008 regarding motion to compel [24]. Time to respond to outstanding discovery is extended to 7/31/2008. Final. Failure to respond by that time will result in appropriate sanctions. Magistrate Judge Status hearing set for 8/8/2008 at 10:00 AM. All other discovery dates are extended by thirty days. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.