

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   Brian W. Bulger

FIRM:  Meckler Bulger Tilson Marick & Pearson LLP

STREET ADDRESS:   123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP:   Chicago, IL 60606

PHONE NUMBER:   312-474-7900

E-MAIL ADDRESS:   brian.bulger@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   00335134

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1-04-cv-5764 | Katherine Puffer v. Allstate Insurance | Sidney Schnenkier |
| 1-06-cv-6026 | Heather Andrews-Filas v. Pier 1 Imports | Milton Shadur |
| 1-06-cv-5976 | Dawn Swanson v. Midwest Physician Grp. | Milton Shadur |
| 1-07-cv-1274 | Ozgur Ozkan v. Loyola University Med Ctr | Amy St. Eve |
| 1-08-cv-6 | Gerald Lampkin v. Loyola Univesity Med Ctr. | Blanche Manning |
|  |  |  |

/s/Brian W. Bulger                                                        08/15/08
_____                          _____
Attorney's Signature                                                      Date