

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:    Rachel S. Urquhart

FIRM:  Meckler Bulger Tilson Marick & Pearson LLP

STREET ADDRESS:    123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP:   Chicago, IL 60606

PHONE NUMBER:   312-474-7900

E-MAIL ADDRESS:   rachel.urquhart@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6287929

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1-06-cv-5129 | Arrington v. LaRabida Childrens Hospital | Blanche Manning |
| 1-07-cv-1274 | Ozgur Ozkan v. Loyola University Med Ctr | Amy St. Eve |
| 1-08-cv-6 | Gerald Lampkin v. Loyola Univesity Med Ctr | Blanche Manning |
| | | |
| | | |
| | | |

| | |
|---|---|
| /s/Rachel S. Urquhart | 08/15/08 |
| Attorney's Signature | Date |