## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Gerald E. Lampkin
                                            Plaintiff,

v.                                                                       Case No.: 1:08−cv−00006
                                                                      Honorable Blanche M. Manning

Loyola University Medical Center
                                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing held on 8/21/2008. Defendant to file motion for summary judgment and supporting briefs by 12/9/2008. Plaintiff to respond by 1/9/2009. Defendant to file reply by 1/15/2009. Status hearing continued to 1/22/2009 at 11:00 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.