IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD E. LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 00006 |
| | ) |
| LOYOLA UNIVERSITY MEDICAL CENTER, | ) Judge Blanche M. Manning |
| | ) Magistrate Judge Martin C. Ashman |
| Defendant. | ) |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that at 10:00 a. m. on September 16, 2008, or as soon thereafter as counsel may be able I shall appear before the Honorable Magistrate Judge Ashman and present the attached Motion to extend discovery cut-off, a copy of which accompanies this notice, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois.

                                                Respectfully Submitted,
                                                /s/ Armand L. Andry
                                                Armand L. Andry

ARMAND L. ANDRY
ATTORNEY FOR PLAINTIFF
One South Dearborn
Suite 2100
Chicago, Illinois 60603
773/626-3058

## CERTIFICATE OF SERVICE

I, Armand L. Andry, an attorney, certify that I served a copy of the foregoing notice and accompanying motion by filing a copy on the courts ECF system on September 8, 2008, from Chicago, Illinois.

                                                /s/ Armand L. Andry